| | |
|---|---|
| 1 | JEREMY J. THOMPSON |
| 2 | Nevada Bar No. 12503 |
|   | CLARK HILL PLLC |
| 3 | 3800 Howard Hughes Parkway, Suite 500 |
|   | Las Vegas, NV 89169 |
| 4 | Tel: 702-862-8300 |
|   | Fax: 702-862-8400 |
| 5 | Email: jthompson@clarkhill.com |

*Attorney for Defendant*
*Equifax Information Services LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

ERNESTO A. MENDOZA,

    Plaintiff,

vs.

EQUIFAX INFORMATION SERVICES LLC,

    Defendant.

Case No. 2:19-cv-00060-GMN-NJK

**STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**

**FIRST REQUEST**

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from February 1, 2019 through and including **February 15, 2019**. Plaintiff and Equifax are actively engaged in settlement discussions. The additional time to respond to the Complaint will facilitate settlement discussions. This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted this 1st day of February, 2019.

CLARK HILL PLLC

By: /s/ Jeremy J. Thompson
Jeremy J. Thompson
Nevada Bar No. 12503
3800 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Tel: 702-862-8300
Fax: 702-862-8400
Email: jthompson@clarkhill.com

*Attorneys for Defendant Equifax Information Services LLC*

***No opposition***

/s/ Shawn W. Miller, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No. 7825
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
smiller@hainesandkrieger.com
*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: February 4, 2019